In the Matter of the Accounting of the MECHANICS AND FARMERS BANK OF ALBANY, as Executor of LAURA C. HUGHES, Deceased, Appellant.

LILLIAN T. L. CAMPBELL, Respondent.

(Argued September 29, 1930; decided October 7, 1930.)

*Thomas F. Woods* for motion.

*Edgar S. Knox* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the authority of *Matter of Gibson* (195 N. Y. 466).

In the Matter of the Estate of IDA A. FLAGLER, an Incompetent Person.

ANDREW M. PETTIT, Appellant; CORNELIUS J. SULLIVAN et al., as Committee, Respondents.

(Submitted September 29, 1930; decided October 7, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 254 N. Y. 515.)